IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Steven Berning, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) No. 18 C 1708 |
| | ) |
| **Ace Industrial Supply, Inc., et al,** | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

Ruling held on 12/11/2018. Ace Industrial Supply, Inc.'s rule 12(b)(6) motion to dismiss Plaintiffs' Third Amended Complaint [45] is granted. Case is dismissed with prejudice.

ENTER:

*Rebecca R. Pallmeyer*

Dated: December 11, 2018

REBECCA R. PALLMEYER
United States District Judge

(T:00:04)